# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

LIDETTE DENNEY,

      Plaintiff(s),

v.

TARGET CORPORATION,

      Defendant(s).

Case No.: 2:19-cv-01157-APG-NJK

**Order**

    With good cause appearing, the Honorable Magistrate Judge Nancy J. Koppe recuses herself in this action. IT IS ORDERED that this action is referred to the Clerk for random reassignment of this case for all further proceedings.

    IT IS SO ORDERED.

    Dated: July 25, 2019

_____
Nancy J. Koppe
United States Magistrate Judge