# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LIDETTE DENNEY,<br><br>    Plaintiff<br><br>v.<br><br>TARGET CORPORATION,<br><br>    Defendant | Case No.: 2:19-cv-01157-APG-DJA<br><br>**Order Deeming Order to Show Cause Satisfied** |

In light of defendant Target Corporation's response to the order to show cause (ECF No. 14),

IT IS ORDERED that the order to show cause (ECF No. 7) is deemed satisfied, and I will not remand for lack of subject matter jurisdiction at this time.

DATED this 13th day of August, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE