UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LIDETTE DENNEY, | Case No. 2:19-cv-01157-APG-DJA |
| Plaintiff, | |
| v. | **ORDER** |
| TARGET CORPORATION, | |
| Defendant. | |

This matter is before the Court on Plaintiff counsel Scott E. Phillipus' Motion to Withdraw as Counsel (ECF No. 32), filed on June 19, 2020. Pursuant to Local Rule ("LR") IA 11-6, "[n]o attorney may withdraw after appearing in a case except by leave of Court after notice has been served on the affected client and opposing counsel." See LR IA 11-6(b). Having reviewed the motion, the Court finds that requirements of LR IA 11-6(b) have been met. Mr. Phillipus indicates that due to irreconcilable differences he is no longer able to adequately represent Plaintiff. The Court will require that Plaintiff Lidette Denney notify the Court by July 17, 2020 as to her intent to proceed *pro se* or with other representation. Failure to do so may result in dispositive sanctions

**IT IS HEREBY ORDERED** that Counsel Scott E. Phillippus' Motion to Withdraw as Counsel (ECF No. 32) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiff Lidette Penney shall notify the Court as to whether she intends to proceed *pro se* or retain counsel by **July 17, 2020**. Failure to notify the Court as to her representation status may subject her to dispositive sanctions, including a recommendation for dismissal of this action.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall add the last known address of Plaintiff to the civil docket and send a copy of this Order to Plaintiff's last known address:

    Lidette Denney

    4767 Englewood Avenue

    Las Vegas, NV 89139

    702-614-7743

    DATED: June 24, 2020

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE