UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LIDETTE DENNEY,<br><br>                    Plaintiff,<br><br>     v.<br><br>TARGET CORPORATION,<br><br>                    Defendant. | Case No. 2:19-cv-01157-APG-DJA<br><br>**ORDER** |

This matter is before the Court on *pro se* Plaintiff Lidette Denney's Motion for Extension of Time (ECF No. 35), filed on July 15, 2020. The Court previously granted withdrawal of counsel as Mr. Philippus indicated he could no longer adequately represent Plaintiff in this litigation due to irreconcilable differences. (ECF No. 33). The Court required that Plaintiff Lidette Denney notify the Court by July 17, 2020 as to her intent to proceed *pro se* or with other representation. (*Id.*).

In the instant Motion, Plaintiff requests an additional ninety (90) days to seek new counsel. The Court finds good cause to grant an extension request until October 13, 2020. Filing a notice of new counsel on or before October 13, 2020 is sufficient to comply with the Court's order. Failure to respond may result in a recommendation to the United States District Judge assigned to this case that dispositive sanctions be issued against Plaintiff, including dismissal of this action.

**IT IS HEREBY ORDERED** that Plaintiff Lidette Denney's Motion for Extension of Time (ECF No. 35) is **granted**.

**IT IS FURTHER ORDERED** that Plaintiff Lidette Denney shall notify the Court as to whether she intends to proceed *pro se* or retain counsel by **October 13, 2020**. Failure to notify

the Court as to her representation status may subject her to dispositive sanctions, including a recommendation for dismissal of this action.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send a copy of this Order to Plaintiff at the address listed on the docket.

DATED: July 20, 2020

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE