1

**LOREN S. YOUNG, ESQ**.
Nevada Bar No. 7567

2

**MARK B. BAILUS, ESQ.**
Nevada Bar No. 2284

3

**LINCOLN, GUSTAFSON & CERCOS, LLP**
*ATTORNEYS AT LAW*

4

3960 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169

5

Telephone:  (702) 257-1997
Facsimile:   (702) 257-2203

6

lyoung@lgclawoffice.com
mbailus@lgclawoffice.com

7

Attorneys for Defendant, TARGET CORPORATION

8

9

UNITED STATES DISTRICT COURT

10

DISTRICT OF NEVADA

11

12

| | |
|---|---|
| LIDETTE DENNEY, an individual, | CASE NO:  2:19-cv-01157-APG-DJA |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |
| TARGET CORPORATION; DOES I-X; and ROE COMPANIES I-X, inclusive, | **(Eighth Request)** |
| Defendants. | |

13

14

15

16

17

18

Plaintiff, LIDETTE DENNEY, by and through her counsel of record, PAUL S. PADDA, ESQ.

19

of PAUL PADDA LAW and Defendant, TARGET CORPORATION, by and through its counsel of

20

record, LOREN S. YOUNG, ESQ. and MARK B. BAILUS, ESQ. of the law firm LINCOLN,

21

GUSTAFSON & CERCOS, LLP, hereby stipulate and request that the Court extend the remaining

22

discovery and dispositive motion deadlines by approximately ninety (90) days. This is the parties' eighth

23

request to extend discovery and dispositive motion deadlines in this matter.

Pursuant to Local Rule ~~26-4~~ 26-3, the parties state as follows:

24

**I.     DISCOVERY COMPLETED TO DATE**

25

a.   The parties conducted the Fed. R. Civ. P. 26(f) conference on July 15, 2019.

26

b.   The parties have exchanged initial disclosures of documents and lists of witnesses

27

and supplements thereto.

28

1

      c.   Defendant has propounded requests for production of documents and interrogatories on Plaintiff and Plaintiff has responded to these discovery requests.

      d.   Plaintiff has propounded requests for production of documents and interrogatories on Defendant and Defendant has responded to these discovery requests.

      e.   Defendant has received HIPAA authorizations from Plaintiff.

      f.   FRCP medical examination of Plaintiff.

      g.   Disclosure of initial and rebuttal expert witnesses.

**II.**      **DISCOVERY TO BE COMPLETED**

      a.   Deposition of Rule 30(b)(6) designee(s) of Target Corporation.

      b.   Depositions of fact witnesses.

      c.   Depositions of treating physicians and/or retained experts.

      d.   Supplemental responses to written discovery.

      e.   Other discovery as necessary.

The above list is made without prejudice to the parties' ability to conduct additional discovery consistent with the Federal Rules of Civil Procedure.

**III.**      **REASONS WHY THE DEADLINES CANNOT BE COMPLETED WITHIN THE CURRENT SCHEDULE**

This matter is a personal injury claim, where the Plaintiff is alleging injuries due to a slip and fall on the premises of Defendant in Las Vegas, Nevada.  Defendant has denied liability.  Currently, Plaintiff is claiming past and future medical and other damages. Although the parties have been actively participating in the discovery process, there is pertinent discovery that remains to be completed.

Due to the COVID-19 pandemic and rising cases due to the Delta variant, the parties have had difficulty scheduling depositions including expert witnesses.  Most notably, Defendant's retained experts are represented by Tracey L. Heinhold Keith, Esq., who due to hearing loss is required to wear hearing aids.  However, Ms. Keith advises that her hearing loss is the type that is not particularly well-suited for hearing aids and to understand what is being said during a deposition she must be able to read lips to augment what she can hear with her hearing aids.  Currently, all counties in Nevada that are experiencing substantial or high transmission levels, such as Clark County, have in place a COVID-19

mask mandate so not wearing a mask during a deposition is not an option. While eventually the COVID-19 mask mandate will be lifted, such will not likely occur before the current discovery deadline. Unfortunately, Ms. Keith advises she cannot read lips if the person speaking is wearing a mask, even a clear mask.  Even if it was possible to waive the mask mandate, Ms. Keith has advised she is considered high risk for a negative outcome if she contracts COVID-19.  The parties would request the Court to continue, *inter alia,* the discovery deadlines ninety (90) days in order to accommodate Ms. Keith's disability and to ensure she is safe from COVID-19 and its variants.  Consequently, additional time is necessary in order to complete the remaining discovery.

Further, the parties have agreed to participate in a private mediation in an effort to resolve this matter.  The parties have agreed on Paul Haire at ARM as the mediator and due to unforeseen circumstances, have had to reschedule the mediation for December 9, 2021.  The parties agree that this request is not made for the purpose of delay, but to ensure a just adjudication of the case on the merits, and that neither party will be prejudiced by the requested extension.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

## II.    PROPOSED SCHEDULE

WHEREFORE, the parties respectfully request that this Court extend discovery deadlines as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Discovery Deadline | December 20, 2021 | March 21, 2022 |
| Dispositive Motions | January 19, 2022 | April 19, 2022 |
| Pretrial Order | February 16, 2022 | May 17, 2022 |

DATED this 25th day of October, 2021.          DATED this 25th day of October, 2021.

**LINCOLN, GUSTAFSON & CERCOS, LLP**          **PAUL PADDA LAW**

*/s/ Mark B. Bailus*          */s/ Paul S. Padda*

**LOREN S. YOUNG, ESQ.**          **PAUL S. PADDA, ESQ.**
Nevada Bar No. 7567          Nevada Bar No. 10417
**MARK B. BAILUS, ESQ.**          4560 S. Decatur Blvd., Suite. 300
Nevada Bar No. 2284          Las Vegas, NV  89103
3960 Howard Hughes Parkway, Suite 200          Attorneys for Plaintiff,
Las Vegas, Nevada 89169          LIDETTE DENNEY
Attorneys for Defendant,
TARGET CORPORATION

### ORDER

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 26, 2021

v:\a-e\denney_target\atty notes\drafts\pldgs\20211022_sao_extend(8)_lak.docx

4