**LOREN S. YOUNG, ESQ.**
Nevada Bar No. 7567
**MARK B. BAILUS, ESQ.**
Nevada Bar No. 2284
**LINCOLN, GUSTAFSON & CERCOS, LLP**
*ATTORNEYS AT LAW*
3960 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Telephone: (702) 257-1997
Facsimile: (702) 257-2203
lyoung@lgclawoffice.com
mbailus@lgclawoffice.com

Attorneys for Defendant, TARGET CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LIDETTE DENNEY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TARGET CORPORATION; DOES I-X; and ROE Companies I-X, inclusive,<br><br>Defendants. | CASE NO:   2:19-cv-01157-APG-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL, WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the Parties, Plaintiff, LIDETTE DENNEY, by and through her attorney of record, PAUL S. PADDA, ESQ., PAUL PADDA LAW, and Defendant, TARGET CORPORATION, by and through its attorneys of record, LOREN S. YOUNG, ESQ. and MARK B. BAILUS, ESQ., of the law firm LINCOLN, GUSTAFSON & CERCOS, LLP, that Plaintiff's Complaint is hereby dismissed as to all parties, with prejudice, with each party to bear their own attorney's fees and costs.

DATED this ___ day of February, 2022.          DATED this ___ day of February, 2022.

LINCOLN, GUSTAFSON & CERCOS, LLP          PAUL PADDA LAW

_____          _____ #11648
**LOREN S. YOUNG, ESQ.**                                **PAUL S. PADDA, ESQ.**
Nevada Bar No. 7567                                        Nevada Bar No. 10417
**MARK B. BAILUS, ESQ.**                           4560 S. Decatur Blvd., Suite. 300
Nevada Bar No. 2284                                        Las Vegas, NV 89103
3960 Howard Hughes Parkway, Suite 200     *Attorneys for Plaintiff, Lidette Denney*
Las Vegas, Nevada 89169
*Attorneys for Defendant, Target Corporation*

1

-2-

**IT IS SO ORDERED** that the Complaint filed by Plaintiff, LIDETTE DENNEY, is hereby dismissed as to all parties, with prejudice, with each party to bear their own attorney's fees and costs.

_____
UNITED STATES DISTRICT COURT JUDGE
DATED:   February 24, 2022
CASE NO: 2:19-cv-01157-APG-DJA

v:\a-e\denney_target\atty notes\drafts\pldgs\20220215_sodw_lak.docx